```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                   FORT SMITH DIVISION
```

**THORNTON DRILLING COMPANY**                                        PLAINTIFF

      v.       Civil No. 06-2173

**STEPHENS PRODUCTION COMPANY and**
**NATIONAL UNION FIRE INSURANCE COMPANY**
**OF PITTSBURGH, PA.**                                               DEFENDANTS

### O R D E R

Now on this 19th day of September, 2007, come on for consideration the following motions:

*   National Union Fire Insurance Company of Pittsburg, Pa.'s **Motion For Approval Of Supersedeas Bond** (document #84); and

*   **Plaintiff's Motion To Stay Enforcement Of Judgment Pending Appeal And For Approval Of Supersedeas Bond** (document #91),

and the Court, being well and sufficiently advised, finds that both bonds should be approved, and that upon filing of the originals of same with the Clerk of Court, execution of Judgment in this matter should be stayed as against the party posting the bond.

**IT IS THEREFORE ORDERED** that the Supersedeas Bond exhibited by National Union Fire Insurance Company of Pittsburg, Pa., in support of its **Motion For Approval Of Supersedeas Bond** is **approved.**

**IT IS FURTHER ORDERED** that the Supersedeas Bond exhibited by Thornton Drilling Company in support of **Plaintiff's Motion To Stay Enforcement Of Judgment Pending Appeal And For Approval Of Supersedeas Bond** is **approved**.

**IT IS FURTHER ORDERED** that, upon posting of the original of each bond with the Clerk of Court, execution against the party posting such bond on the Second Amended And Substituted Judgment will be stayed during the pendency of its appeal, without further order of this Court.

**IT IS SO ORDERED.**

       /s/ Jimm Larry Hendren
      **JIMM LARRY HENDREN**
      **UNITED STATES DISTRICT JUDGE**